

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00301-CV

_____

BRIAN MATTHEW CRABBE, Appellant

V.

BRITTNY MICHELLE SANDERS, Appellee

On Appeal from the County Court at Law
Hood County, Texas
Trial Court No. C08061

Before Kerr, Birdwell, and Wallach, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Unopposed Motion to Set Aside the Trial Court's Judgment, Remand the Case to the Trial Court for Rendition of Judgment, and Dismiss the Appeal." In this unopposed motion, Appellant represents that the parties have reached an agreement to settle the case. As part of that agreement,[1] Appellant asks us to set aside the trial court's judgment without regard to the merits, to remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and to dismiss the appeal. Based on Appellant's unopposed representation of the parties' settlement agreement, we grant the motion as to Appellant's request that we set aside the trial court's judgment and remand the case to the trial court. *See Robertson v. Robertson*, No. 02-21-00387-CV, 2022 WL 1183339, at *1 (Tex. App.—Fort Worth Apr. 21, 2022, no pet.) (per curiam) (mem. op.); *see also* Tex. R. App. P. 42.1(a)(2)(B). We deny the rest of the motion. *See Lone Tree Res. & Consulting, Inc. v. Persepolis, Inc.*, No. 02-21-00246-CV, 2021 WL 6143641, at *1 (Tex. App.—Fort Worth Dec. 30, 2021, no pet.) (per curiam) (mem. op.) ("Because we cannot both set aside the trial court's judgment and dismiss the appeal, we deny the motion as to the parties' request that we dismiss the appeal."); *see also* Tex. R. App. P. 43.2(d), (f).

---

[1]Neither party has filed a copy of the parties' settlement agreement with this court. *See* Tex. R. App. P. 42.1(a)(2).

Accordingly, we set aside the trial court's September 2, 2022 Amended Final Judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). Each party must bear its own appellate costs. *See* Tex. R. App. P. 42.1(d), 43.4.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: August 31, 2023